1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

ANTHONY WAYNE OLIVER,　　　) Case No. ED CV 10-0054 TJH (JCG)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)

12
13

　　　　　　v.　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
D. SMALLS, *et al.*,　　　　　　　)

**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

14
15

　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　)
　　　　　　　　　　　　　　　　)

16

　　　　　　　　　　　　　　　　)

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the
18  Magistrate Judge's Report and Recommendation, Plaintiff's Objections to the
19  Report and Recommendation, and the remaining record, and has made a *de novo*
20  determination.
21      Plaintiff's Objections generally parrot and rehash the arguments made in his
22  Opposition to the "Motion for Order Revoking Plaintiff's *In Forma Pauperis*
23  Status," and lack merit for the reasons set forth in the Report and
24  Recommendation.
25  ///
26  ///
27  ///
28  ///

1

1  Accordingly, IT IS ORDERED THAT:  (1) the Report and Recommendation

2  is approved and adopted; (2) Judgment be entered dismissing this action without

3  prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the

4  parties.

5

6

7  DATED: January 10, 2011

8  _____

9  HON. TERRY J. HATTER, JR.
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28