# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY WAYNE OLIVER,   )   Case No. ED CV 10-0054 TJH (JCG)
          Plaintiff,   )
                              )   **JUDGMENT**
     v.   )
D. SMALLS, *et al*.,   )
          Defendants.   )

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 10, 2011

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1